UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE D. TRUSSELL,

    Plaintiff,

v.                                                  Case No. 8:16-cv-1048-T-24 JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Sneed has filed her report recommending that the Commissioner's decision be reversed and the case be remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings. (Doc. No. 23). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 23) is adopted and incorporated by reference in this Order of the Court.

(2) The decision of the Commissioner of the United States Social Security Administration is **REVERSED** and the case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is directed to enter judgment in favor of Plaintiff and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of May, 2017.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record